# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| *In re* BUNDY CANYON LAND DEVELOPMENT, LLC,<br><br>              Debtor. | )<br>)<br>)   2:13-cv-01786-RCJ-NJK<br>)   **ORDER**<br>)<br>) |

Movants have asked the Court to withdraw the present involuntary Chapter 11 bankruptcy case. No party has objected. Because the case is related to *In re Asset Resolution, LLC*, No. 09-bk-32824, the Court grants the motion and consolidates the present case with that case.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Withdraw the Reference (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that the present case is CONSOLIDATED as a member case with lead case *In re Asset Resolution, LLC*, No. 09-bk-32824.

IT IS SO ORDERED.

Dated this 27th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge